1 | Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
10680 Pico Blvd., Suite 280
Los Angeles, CA 90064
Telephone:   (310) 836-6000
Facsimile:   (310) 836-6010
Email: service@braunlawgroup.com

Janet Lindner Spielberg (221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Phone: (310) 392-8801
Fax:   (310) 278-5938
Email: jlspielberg@jlslp.com

Joseph N. Kravec, Jr.
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:  jkravec@fdpklaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TAMAR DAVIS LARSEN AND KIMBERLY S. SETHAVANISH, on behalf of themselves and all others similarly situated,**<br><br>                       **Plaintiffs,**<br><br>            v.<br><br>**NONNI'S FOODS, LLC and CHIPITA AMERICA, INC.,**<br>                       **Defendants.** | **CASE NO.:  3:14-cv-00790-JCS**<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION RE: VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Tamar Davis Larsen and Kimberly S. Sethavanish and defendants Nonni's Foods, LLC and Chipita America, Inc., which constitutes all parties that appeared in this action, hereby stipulate to dismissal of this action with prejudice.[1]

Dated: March 19, 2014　　　　　　　　　　　　**BRAUN LAW GROUP, P.C.**

By: *(signature)*
Michael D. Braun

**Attorney for Plaintiffs**

Dated: March 19, 2014　　　　　　　　　　　　**KIRKLAND & ELLIS, LLP**

By:　/S/ C. Robert Boldt　　.
C. Robert Boldt

**Attorney for Defendants**

Dated: 3/25/14

*IT IS SO ORDERED*
*(signature)*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] The dismissal is effective upon filing. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Garber v. Chicago Merchantile Exch.*, 570 F.3d 1361, 1366 (Fed. Cir. 2009); *McCall-Bey v. Franzen*, 777 F.2d 1178, 1185 (7th Cir. 1985).

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                          )   ss.:
COUNTY OF LOS ANGELES      )

  I am employed in the County of Los Angeles, California.  I am over the age of 18 and not a party to the within action.  My business address is 10680 West Pico Boulevard, Suite 280, Los Angeles, California.

  On March 20, 2014, I served the document(s) described as:

**STIPULATION RE: VOLUNTARY DISMISSAL**

**[ X ]   BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:**
I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

  Executed on March 20, 2014, at Los Angeles, California.

*[signature]*

Michael D. Braun